UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                      :

ATHEENA INC.,

                      :

            Plaintiff,                09 Civ. 2225 (WHP)

                      :

        -against-               SCHEDULING ORDER

                      :

COMTEMPS CORPORATION,

                      :

            Defendant.

                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/09

WILLIAM H. PAULEY III, District Judge:

        Counsel for the Plaintiff and an officer of the Defendant having appeared for a

conference, the Court orders that because Defendant Comtemps Corporation has not appeared

with counsel and has not answered the complaint, Plaintiff may file a motion for a default

judgment on August 14, 2009.

Dated: August 11, 2009
      New York, New York

                           SO ORDERED:

                           WILLIAM H. PAULEY III
                             U.S.D.J.

*Copies mailed to:*

Armando V. Riccio, Esq.
Capehart Scatchard, P.A.
8000 Midlantic Drive, Suit 300
Mount Laurel, NJ 08054
*Counsel for Plaintiffs*

Mr. Nelson Hanover
701 West 176th Street
Apartment 2C
New York, NY 10033