UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

ATHEENA INC.,

        Plaintiff,

    -against-

COMTEMPS CORPORATION,

        Defendant.

------------------------------X

09 Civ. 2225 (WHP)

ORDER OF DEFAULT & JUDGMENT AGAINST DEFENDANT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/09

WILLIAM H. PAULEY III, District Judge:

        THIS MATTER having come before the Court upon motion of the Plaintiff Atheena, Inc. through its Counsel for entry of a default judgment against Defendant ComTemps Corporation, and the Court having considered the papers submitted by Counsel for the Plaintiff:

        IT IS, on this 13th day of October 2009 ORDERED, ADJUDGED AND DECREED that:

1.    That judgment shall be entered in favor of Plaintiff Atheena, Inc. against Defendant ComTemps Corporation on all claims set forth in Plaintiff's Complaint;

2.    Plaintiff is awarded damages on its claims in the amount of $76,848.65;

3.    Plaintiff's request for attorney's fees is denied;

4.  The Clerk shall enter upon the record of the Court a judgment against the Defendant in the amount of $76,848.65.

Dated: October 13, 2009
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Armando V. Riccio, Esq.
Capehart Scatchard, P.A.
8000 Midlantic Drive, Suit 300
Mount Laurel, NJ 08054
*Counsel for Plaintiffs*

Mr. Nelson Hanover
701 West 176th Street
Apartment 2C
New York, NY 10033